UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., MICHAEL J. SHANK; STATE OF ILLINOIS, ex rel., MICHAEL J. SHANK; and MICHAEL J. SHANK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS ENTERPRISES, INC, DAVID M. LEWIS, JOE JOE JOHNSON, DANNY JOHNSON, ANDY WOODS, and MIKE BROWN,<br><br>Defendants. | Case No. 04-cv-4105-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the relator's motions for voluntary dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims by Plaintiff Michael J. Shank against all Defendants are **DISMISSED without prejudice**;

**IT IS FURTHER ORDERED AND ADJUDGED** that all claims by Plaintiffs United States of America and State of Illinois against all Defendants are **DISMISSED without prejudice**;

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is dismissed **without prejudice**.

**NORBERT JAWORSKI**

Dated: March 4, 2008

**By:s/Deborah Agans**
**Deputy Clerk**

Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**